IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jonathan David Trapani
Christina Mayton Trapani
    Debtors

Bankruptcy No. 13-16559
Judge Pamela S. Hollis
Chapter: 13

## APPEARANCE

Now comes Josephine J. Miceli, of Johnson Blumberg & Associates, LLC and enters his appearance on behalf of:

Bank of America, N.A.

## CERTIFICATE OF MAILING

TO: Jonathan David Trapani, 2300 Central Road, Rolling Meadows, IL 60008
   Christina Mayton Trapani, 2300 Central Road, Rolling Meadows, IL 60008
   Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
   Mohammed O. Badwan, 900 Jorie Blvd Ste 150, Oak Brook, IL 60523
   Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Josephine J. Miceli, an attorney, certify that I caused to be mailed copies of this appearance to the Debtors on June 6, 2013, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe, Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

             /s/ Josephine J. Miceli
             Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE