IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jonathan David Trapani
Christina Mayton Trapani
      Debtors

Bankruptcy No. 13-16559
Judge Pamela S. Hollis
Chapter: 13

## OBJECTION TO CONFIRMATION

NOW COMES Bank of America, N.A. (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on April 20, 2013.

2. The Movant, a party in interest, holds a Mortgage dated January 24, 2009 on the property located at 2300 Central Rd., Rolling Meadows, Illinois 60008, in the original amount of $244,615.00.

3. The payoff balance due as the filing date of this case is $239,597.32.

4. The Debtors' plan proposes to surrender the above property to Movant "in full satisfaction of its claims."

5. Movant is entitled under the law to file an unsecured claim for any deficiency left over from the liquidation of the secured property and objects to treatment in the plan in which this right is waived.

6. By treating the entire debt as satisfied by the surrender of the property, regardless of any deficiency that may exist after liquidation, the proposed plan modifies the rights of the Movant and such modification is inconsistent with the provisions of 11 U.S.C. § 1322(b)(2) and as such, the plan does not comply with the Bankruptcy Code.

WHEREFORE, Bank of America, N.A. prays that confirmation of the Debtors' plan be denied and for such other relief as the Court deems just.

        /s/ Kenneth W. Bach
        Kenneth W. Bach, ARDC #6295816
        Attorney for Bank of America, N.A.

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE