UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-16559 |
| Jonathan David Trapani and Christina Mayton Trapani | ) ) ) | Chapter: 13 |
| | ) ) ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause coming to be heard on the motion of Bank of America, N.A., through its attorney Kluever & Platt, LLC, for relief from the automatic stay, the Court being fully advised:

IT IS HEREBY ORDERED:

A. That the automatic stay of this case is hereby modified to allow Bank of America, N.A., its successors and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property commonly known as 2300 Central Road, Rolling Meadows, IL, 60008;

B. Any Claim filed by Bank of America, N.A. is hereby withdrawn as to any unpaid portion thereof;

C. That the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3) is waived.

D. Movant is exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 19, 2014

**Prepared by:**

Meredith S. Fox
ARDC # 6309023
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601