B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–16559
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jonathan David Trapani | Christina Mayton Trapani |
| 2300 Central Road | fka Christina Lynn Mayton |
| Rolling Meadows, IL 60008 | 2300 Central Road |
| | Rolling Meadows, IL 60008 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–9879                              xxx–xx–8449

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
### OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>April 18, 2014</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-16559-PSH
Jonathan David Trapani                                          Chapter 13
Christina Mayton Trapani
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: Apr 18, 2014
                              Form ID: b18w             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2014.
db/jdb       +Jonathan David Trapani,   Christina Mayton Trapani,   2300 Central Road,
               Rolling Meadows, IL 60008-2915
20363930     +Aspire,   PO Box 65970,   West Des Moines, IA 50265-0970
20453367     +Aspire Resources Inc on behalf,    of US Department of Education,   6775 Vista Drive,
               West Des Moines, IA 50266-9305
20363932     +BMO Harris Bank N.A.,   200 W. Monroe St, Fl 19,   Chicago, IL 60606-5133
20576393     +Bank of America, N.A.,   c/o Johnson, Blumberg & Associates, LLC,
               230 W. Monroe Street, Suite 1125,   Chicago, Illinois 60606-4723
20872932     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
20363933     +Capital One Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
20363936     +Department of Education,   FedLoan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
20363937     +Dept Of Ed/aspire Reso,   1200 N 7th St,   Harrisburg, PA 17102-1419
20363938      Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
20363939     +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
20363940     +Glenview State Bank,   Arnold H Landis,   77 West Washington Street,   Suite 702,
               Chicago, IL 60602-3267
20363941     +Harris N.A.,   Bmo-Harris Bank/Attention: Legal Service,   111 W. Monroe Street,
               Chicago, IL 60603-4096
20363942     +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20363931     +EDI: BANKAMER2.COM Apr 18 2014 23:03:00     Bank Of America, N.A.,   401 N. Tryon St.,
               NC1-021-02-20,   Charlotte, NC 28202-2123
20363935      EDI: CITICORP.COM Apr 18 2014 23:03:00     Citicorp Credit Services,
               ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195
20363934     +EDI: AIS.COM Apr 18 2014 23:03:00     Capital One, N.A.,   c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2014 at the address(es) listed below:
          Charles L. Magerski   on behalf of Debtor Jonathan David Trapani Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com
          Charles L. Magerski   on behalf of Joint Debtor Christina Mayton Trapani
           Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com
          Josephine J Miceli   on behalf of Creditor   Bank of America, N.A. Jo@johnsonblumberg.com
          Kenneth W Bach   on behalf of Creditor   Bank of America, N.A. kennethb@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
          Marilyn O Marshall    courtdocs@chi13.com
          Meredith S Fox   on behalf of Creditor   Bank of America, N.A. bknotice@klueverplatt.com
          Mohammed O Badwan   on behalf of Joint Debtor Christina Mayton Trapani mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Mohammed O Badwan   on behalf of Debtor Jonathan David Trapani mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: cgreen              Page 2 of 2            Date Rcvd: Apr 18, 2014
                              Form ID: b18w             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 9